■ DENNIS E. KEELER et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 64731.) — Appeal from a judgment of the Court of Claims (Murray, J.), entered August 1, 1983, which dismissed the claim.

Judgment affirmed, without costs, upon the opinion of Judge Edward M. Murray of the Court of Claims. Kane, J. P., Main, Casey and Weiss, JJ., concur.

■ THOMAS F. RAINVILLE, Appellant, v JOANNA RAINVILLE, Respondent. — Appeal from that part of an order of the Supreme Court at Special Term (Viscardi, J.), entered January 18, 1984 in Saratoga County, which awarded defendant temporary maintenance in the amount of $50 per week.

Order affirmed, with costs (see *Pleto v Pleto,* 98 AD2d 994). Mahoney, P. J., Kane, Main, Casey and Levine, JJ., concur.